CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 18 2021

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA    )
)    Case No. 3:21CR10
v.    )
)    All in violation of:
ANNIE NICOLE RITENOUR    )    Title 18 U.S.C. § 1958(a)
)

# INDICTMENT

## COUNT ONE
### *18 U.S.C. § 1958(a)*

The Grand Jury charges that:

1.    From on or about June 2021 through October 27, 2021, in the Western District of Virginia, and elsewhere, the defendant ANNIE NICOLE RITENOUR, did knowingly and intentionally use and cause another to use one or more facilities of interstate commerce, that is, a computer connected to the Internet, with the intent that a murder be committed in violation of Virginia and federal law, that is the murder of John Doe, an individual whose identity is known to the Grand Jury, as consideration for the receipt of, and as consideration for a promise and agreement to pay something of pecuniary value, that is, an amount of cryptocurrency Bitcoin.

2.    All in violation of Title 18, United States Code, Section 1958(a).

A TRUE BILL, this __18__ day of November, 2021.

/s/ *GRAND JURY FOREPERSON*
GRAND JURY FOREPERSON

CHRISTOPHER R. KAVANAUGH
UNITED STATES ATTORNEY

USAO 2021R00474