UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No: 3:21CR10

ANNIE RITENOUR

**ORDER**

This matter is before the Court on Defendant Annie Ritenour's Motion to Continue the trial of this matter currently scheduled for January 3, 2022. Defendant seeks a continuance to May 23-24, 2022. In support, Ritenour notes that discovery from the government is still forthcoming and additional time will be required to review and evaluate it.

As represented by the Defendant, the Government does not object to the requested continuance.

The Speedy Trial Act generally requires that a criminal trial begin within seventy days of the filing of an information or indictment or the defendant's initial appearance. 18 U.S.C. § 3161(c)(1). But "[t]o allow for necessary flexibility in scheduling, the Act provides that certain delays may be excluded from the seventy-day count, including delays where the district court finds 'that the ends of justice served by . . . granting . . . [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." *See United States v. Henry*, 538 F.3d 300, 303 (4th Cir. 2008) (quoting 18 U.S.C. § 3161(h)(7)(A)). This Court must set forth its reasons for finding that a continuance is warranted under the Act's exception. *Id.*

In accordance with 18 U.S.C. §§ 3161(h)(7)(a) and 3161(h)(1)(D), and having considered the factors listed in § 3161(h)(7)(b), the Court will grant the requested continuance and exclude

the time between January 3, 2022 and trial because "the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(a).

Accordingly, Defendant's Motion to Continue is **GRANTED**. The trial in this matter is hereby **CONTINUED** to May 23-24, 2022. The time period between January 3, 2022 and May 23, 2022 will be excluded from the calculation of time under the Speedy Trial Act.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to the Defendant and all counsel of record.

Entered this __14th__ day of December, 2021.

Norman K. Moon, United States District Judge