UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 3:21-cr-10 |
| v. | ORDER |
| ANNIE RITENOUR, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

**ORDER**

This matter is before the Court on Defendant Annie Ritenour's Motion to Continue the trial of this matter currently scheduled for May 23-24, 2022. Defendant seeks a continuance to December 14-15, 2022. In support, Ritenour notes that discovery from the government has been recently produced and additional time is necessary for follow up and investigation.

As represented by the Defendant, the Government does not object to the requested continuance.

The Speedy Trial Act generally requires that a criminal trial begin within seventy days of the filing of an information or indictment or the defendant's initial appearance. 18 U.S.C. § 3161(c)(1). But "[t]o allow for necessary flexibility in scheduling, the Act provides that certain delays may be excluded from the seventy-day count, including delays where the district court finds 'that the ends of justice served by . . . granting . . . [a] continuance outweigh the best interests of the public and the defendant in a speedy trial." *See United States v. Henry*, 538 F.3d 300, 303 (4th Cir. 2008) (quoting 18 U.S.C. § 3161(h)(7)(A)). This Court must set forth its reasons for finding that a continuance is warranted under the Act's exception. *Id*.

In accordance with 18 U.S.C. §§ 3161(h)(7)(a) and 3161(h)(1)(D), and having considered the factors listed in § 3161(h)(7)(b), the Court will grant the requested continuance and exclude the time between May 23, 2022 and trial because "the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161(h)(7)(a). Accordingly, Defendant's Motion to Continue is GRANTED. The trial in this matter is hereby CONTINUED to December 14-15, 2022. The time period between May 23, 2022 and December 14, 2022 will be excluded from the calculation of time under the Speedy Trial Act.

It is so ORDERED

The Clerk of Court is directed to send this Order to all counsel of record.

Entered this 6th day of May 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE