# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:21-cr-00010 |
| v. | ORDER |
| ANNIE NICOLE RITENOUR, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

If a Plea Agreement is going to be executed for Defendant, it is **ORDERED** that such Plea Agreement be executed no later than **fourteen (14) days** before trial. Except for good cause shown, failure of Defendant to execute a Plea Agreement on or before fourteen days before trial may result in loss of acceptance of responsibility.

Counsel shall advise the Clerk of Court no later than **fourteen (14) days** before trial whether Defendant have executed a Plea Agreement or Defendant intend to plead guilty without a plea agreement.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send this Order to all counsel of record.

Entered this 20th day of January, 2023.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE