IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                                      Criminal No. 3:21CR10

ANNIE RITENOUR


**ORDER**

This case is before the Court on Defendant Annie Ritenour's unopposed motion for a continuance of the change of plea hearing currently scheduled for April 18, 2023. Dkt. 48.

The Speedy Trial Act (the "Act") "generally requires that a criminal trial begin within seventy days of the filing of an information or indictment or the defendant's initial appearance." 18 U.S.C. § 3161(c)(1). But "[t]o allow for necessary flexibility in scheduling, the Act provides that certain delays may be excluded from the seventy-day count, including delays where the district court finds 'that the ends of justice served by . . . granting . . . [a] continuance outweigh the best interests of the public and the defendant in a speedy trial.'" *See United States v. Henry*, 538 F.3d 300, 303 (4th Cir. 2008) (quoting 18 U.S.C. § 3161(h)(7)(A)). The Court must set forth its reasons for finding that a continuance is warranted under the Act's exception. *Id.*
The Court finds that a continuance is warranted, considering the factors listed in 18 U.S.C. § 3161(h)(7)(B) of the Act, and for the reasons counsel has provided, which follow: A grand jury indicted Defendant on November 18, 2021, she was arraigned on November 22, 2021, and she entered a plea of not guilty to the charge of 18 U.S.C. § 1958(a) alleged in the indictment. Dkt. 48 at 1. The parties have reached a proposed resolution under Rule 11(c)(1)(C), and a

1

continuance is needed to allow the parties and the Court to address Defendant's change of plea

under this agreement. *Id.*

The Court finds that, for the foregoing reasons, the ends of justice served by granting a

continuance outweigh the best interests of the public and the defendant in a speedy trial. Thus,

the Defendant's motion to continue is **GRANTED** and the change of guilty plea is continued to

May 31, 2023, at 10:30 a.m. It is hereby **ORDERED** that the period of time necessitated by this

continuance is excluded for speedy trial purposes pursuant to 18 U.S.C. § 3161(h)(7)(A).


ENTERED this __13th__ day of April, 2023.


NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

2