IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CRIMINAL MINUTES - GUILTY PLEA HEARING

Case No.: 3:21CR00010-001          Date: May 31, 2023

**Defendant:** Annie Nicole Ritenour (Bond)          **Counsel:** Erin M. Trodden (AFPD)

| PRESENT: | | |
|---|---|---|
| | JUDGE: | Norman K. Moon |
| | Deputy Clerk: | Carmen Amos |
| | Court Reporter: | Lisa Blair |
| | U. S. Attorney: | Ron Huber |
| | USPO: | Jasmine Davis, covering for Andrew Ridgway |
| | Case Agent: | None Present |
| | Interpreter: | N/A |

TIME IN COURT: 10:27 – 10:44am (17 mins)

**PROCEEDINGS:**

- ☐ Waiver of Indictment filed.
- ☐ Information filed.
- ☒ Plea Agreement filed with court.
- ☐ Defendant advised of right to have U. S. District Judge accept plea. Defendant waives this right, and executes Consent to Allow U. S. Magistrate Judge to accept plea
- ☒ Defendant re-arraigned as to Count 1.
- ☒ Defendant placed under oath. Court questions defendant regarding his/her physical and mental condition, and advises defendant of his/her rights, and the nature and possible consequences of plea.
- ☒ Court accepts plea of guilty.
- ☒ Guilty plea form executed and filed.
- ☒ Government summarizes evidence to support plea and rests. Agreed Statement of Facts filed with court.
- ☒ Court finds defendant guilty as charged in Count 1.
  OR
- ☐ U. S. Magistrate Judge accepts plea of guilty to Counts enter counts to which defendant pled guilty and will recommend that the U. S. District Judge find the defendant guilty of said counts.

**DEFENDANT PLEADS:**
**(list counts)**

| DEF. # | GUILTY | NOT GUILTY | NOLO | REMARKS |
|---|---|---|---|---|
| 1 | Count 1 | | | |

- ☒ Court orders Presentence Report.
- ☐ Copy of Presentence Report not requested.
- ☒ Defendant to remain on bond.
- ☐ Defendant remanded to custody.
- ☒ Sentencing hearing scheduled for *TBD* in Charlottesville before Judge Moon.

Additional Information: