FILED IN OPEN COURT

DATE: 5/31/2023

*Muu Antot*

DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION


UNITED STATES OF AMERICA

v.                                        Criminal Action No. 3:21CR00010-001

ANNIE NICOLE RITENOUR


In the presence of Erin M.Trodden, my counsel, who has fully explained the charges contained in the Indictment against me, and having received a copy of the Indictment from the United States Attorney before being called upon to plead, I hereby plead guilty to said Indictment and **Count One (1)** thereof. I have been advised of the maximum punishment which may be imposed by the court for this offense. My plea of guilty is made knowingly and voluntarily and without threat of any kind or without promises other than those disclosed here in open court.


*Anni Ktann*

Signature of Defendant


5/31/23
Date


Witness