**From:** Annie Nicole
**To:** Erin M Trodden
**Subject:** Character letter
**Date:** Monday, November 6, 2023 7:24:28 PM

EXTERNAL SENDER

# Character Witness Letter

Samantha Kenney

skenney@chryslerofculpeper.com
(540)-229-4589
October 27, 2023

To Whom It May Concern,

I am writing this character witness letter on behalf of Annie Ritenour. I have known Annie since we met in grade school in which we have been friends for an entirety of twenty years now. I have been able to observe and learn her on a personal level that most people do not get to see. She has many admirable qualities and characteristics, which made it surprising to hear of her case.

Annie is a very consistent and communicative person who is also very forgiving. As an intelligent, and emotional person, she has a tendency of putting others before herself and has never had any means to intentionally hurt anyone or anything.

I have seen Annie's expressions of ups and downs. I have seen her both at her highest highs and her lowest lows. She is not a person of character to act irrationally or on impulse as she is a carefully planned, routine individual.

I, her best friend have been through many trials and tribulations with Annie and there has been nothing that we could not resolve with just communication alone. Annie has been seeing the same therapist, Marie, for many years. I have even gone with her to a handful of her appointments. To no avail, have I seen much come from these sessions as they were extremely beneficial in the beginning. I noticed Annie would often tell me that the tools she received from her therapist would no longer work, so she would reach out and ask for more help. Annie has never had a problem with asking for help nor offering help to others around her, as most see her as a very helpful and selfless person.

Since all of this has ensued and she has been approached with new resolutional therapists, I have seen a huge impact and change in Annie's behavior for the better. Annie has been able to create more solutions for controlling her emotions and finding new coping mechanisms. She has come a long way from the person I knew before to who she is becoming now. Her tactics in helping herself and even reaching out to others with the new things she's learning about herself and her

depression has been beneficial to others. This shows her willingness to change her mentality but also to share new experiences and opportunities to help advocate others with mental health.

I would also like to make a point as to how Annie and her daughter Lily are an example of an exceptional mother/daughter duo. Annie is a dedicated hard worker but she can be found spending all of her down time with her daughter. She is an amazing mother and Lily can attest to that herself as you can always hear her saying she has the "best mommy ever". The laughter, smiles, and just the company of these two together is infectious at the very least.

Based upon my long-term interactions and conversations with Annie, I have no doubt that she is a valuable asset to friends, family, and even her workplace. She goes above and beyond in any sort of relationship with people, including strangers. She can make anyone in a crowd feel comfortable and as if they can be themselves around her, considering she is such a stand up citizen and very accepting of everyone around her.

In conclusion, I wholeheartedly believe without reservation that Annie is a person of exceptional character, integrity, maturity, and professionalism. The impact she has made on the lives around her is impeccable as she has the ability to keep long term friendships. I have full confidence in her to excel in any endeavors or challenges she faces.

If you have any questions or would like a few more words of insight, please feel free to reach out without hesitation. Thank you for your consideration of my input regarding Annie Ritenour.

Sincerely,
Samantha Kenney

*[signature]*