Jason Rorrer

████████████

Manassas, VA 20109
Jror2011@yahoo.com
540-497-3801
Oct 17, 2023

To whom it may concern

I am writing to provide a character reference for Annie Ritenour, who is my best friend and whom I have known for 12 years. I am aware of the charges brought against her and the upcoming court proceedings, and I believe it is important to share my perspective on her character and conduct.

I have had the privilege of witnessing Annie Ritenour demonstrate unwavering integrity, compassion, and responsibility throughout our acquaintance. She has always been a person of high moral character, displaying honesty and truthfulness in all her interactions. Annie has consistently shown respect for others, treating individuals and animals alike from all walks of life with dignity and kindness.

During the time I have known Annie, I have seen her go out of her way to put others needs above her own if it meant helping someone in need. Whether it be sacrafices for her daughter, or spending time and money she didn't have to help someone less fortunate.

I have especially seen Annie show character and integrity in situations where she was put into difficult situations. Whether it be treating others kindly that have treated her poorly, or being composed and friendly courteous demeanor, Annie seems to go out of her way to make sure people in her life are happy and comfortable, even in periods when she has her own struggles ongoing with both life and mental health.

Based on my knowledge of Annie Ritenour, I firmly believe that the actions alleged in the charges against her are uncharacteristic of her true nature. I genuinely believe that Annie Rirenour is a person of integrity who made a mistake, and is deeply remorseful for the consequences it has caused.

I kindly request the court's consideration of Annie's overall character and previous contributions to society. I am confident that with appropriate guidance and support, she will continue to positively contribute to the community. I firmly believe that Annie deserves an opportunity for redemption and rehabilitation.

Thank you for taking the time to review this character reference letter. It is with great confidence that I eulogize Annie Ritenour as someone who I truly believe possesses the character and judgment for the betterment of our community, as well as those around her in her personal life, and I thank those involved in this process for taking my words into their careful consideration in their decision.



To Whom it May Concern

My name is Jeannie Johnston

██████████████████

540-748-9705

My Niece is Annie Ritenour
Whom resides in Culpeper, Va.

I've Known Annie for all her life...
She's a Mother of a four year old
Daughter, whom depends on her
Mother solely... She's a caring, Kind
and Respectful also loving person
whom is very independent and her
daughter is her first priority in life.
She's always been a reliable and
dependable person she works
hard and always makes makes
time for her family and friends.
She goes far beyond for her daughter.
She's a delight to be around
and is always happy and
always reaches out to help



when needed..

Her main goal is providing and showing love and support for her daughter that's four Her daughter would be devastated to be seperated from her Mother Annie Ritenour

I'm asking the Judge to consider the relationship between them when this is processed.

Annie is a Excellent Mother I don't want her to be carcenated for her actions please be lenient.

There's a young child involved

Sincerely
Jeannie Johnston

540-748-4705

jeanniel.johnston@gmail.com